# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Boyd Bostick,

    Plaintiff(s),

vs.

Perdue Farms, Inc., et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv557

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2010 Order.

Signed: November 15, 2010

Frank G. Johns, Clerk
United States District Court